OPINION — AG — (1) SPECIAL DEPUTIES WHO ARE OFFICERS "PRO HAC VICE" APPOINTED UNDER A SPECIFIC, AND NOT GENERAL, AUTHORITY MAY BE DEPUTED TO DO A PARTICULAR ACT. (2) THE DEPUTIZATION OF PERSONS TO DO "A PARTICULAR ACTS" APPLIES TO SITUATIONS WHERE THE SHERIFF DEPUTIES A PERSON FOR ONE ACT OR ONE INCIDENT ONLY, AND UPON COMPLETION OF THIS ACT THE PERSON POWERS AS A DEPUTY SHERIFF TERMINATES. (3) A WRITTEN APPOINTMENT IS NECESSARY TO AUTHORIZE A SPECIAL DEPUTY TO DO A PARTICULAR ACT EVEN THOUGH THE APPOINTMENT NEED NOT BE FILED IN THE OFFICE OF THE COUNTY CLERK. (4) THE APPOINTMENT BY THE SHERIFF OF A DEPUTY, REGULAR OR SPECIAL, DOES NOT BECOME EFFECTIVE UNTIL APPROVED BY THE COUNTY EXCISE BOARD. (5) THE COMPENSATION OF DEPUTIES, BOTH REGULAR OR SPECIAL, IS GOVERNED BY BOTH THE "COMPREHENSIVE COUNTY OFFICERS SALARY ACT" AND THE OKLAHOMA MINIMUM WAGE ACT". (TIMOTHY S. FRETS) CITE: 12 O.S. 1972 Supp., 158 [12-158], 19 O.S. 1971 180.58 [19-180.58] THRU 19 O.S. 1971 180.69 [19-180.69], 19 O.S. 1971 180.67 [19-180.67] [19-180.67], 19 O.S. 1971 545 [19-545], 19 O.S. 1971 548 [19-548], 19 O.S. 1972 Supp., 541 [19-541] [19-541], 19 O.S. 1972 Supp., 542 [19-542] 19 O.S. 1979 Supp., 162 [19-162], 19 O.S. 1979 Supp., 180.65 [19-180.65], 19 O.S. 1979 Supp., 547 [19-547] [19-547], 40 O.S. 1971 197.1 [40-197.1], 40 O.S. 1977 Supp., 197.2 [40-197.2], 40 O.S. 1977 Supp., 197.11 [40-197.11], OPINION NO. 80-111, OPINION NO. 75-265, OPINION NO. 80-033, OPINION NO. 80-032, OPINION NO. 76-338, OPINION NO. 76-182, OPINION NO. 68-115, ARTICLE XVII, SECTION 1